# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————

No. 17-50705
Summary Calendar

————

United States Court of Appeals
Fifth Circuit

**FILED**
May 11, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff−Appellee,

versus

FRANCISCO MARTINEZ-RODRIGUEZ,
also known as Francisco Rodriguez-Martinez,
also known as Juan Hernandez,
also known as Juan Jose Herrera Hernandez,
also known as Juan Hernandez-Martinez,
also known as Rodrigo Marines-Rodriguez,
also known as Francisco Martinez, also known as Juan Hernandez Martinez,
also known as Juan Oviedo, also known as Juan Ramirez,
also known as Francisco Rodriguez,
also known as Francisco Javier Rodriguez,
also known as Francisco Javier Ma Rodriguez, also known as Juan Smiley,

Defendant−Appellant.

————

Appeal from the United States District Court
for the Western District of Texas
No. 5:15-CR-392-4

————

No. 17-50705

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Francisco Martinez-Rodriguez has moved for leave to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Martinez-Rodriguez has not filed a response. We have reviewed the brief and the relevant portions of the record. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.